Joshua J. Warren, Appellant, v. William Warren and Others, Respondents. — Motion granted, and questions certified as follows: 1. In a partition suit where several different attorneys appear for several different defendants and file answers creating issues, can the trial court, in the exercise of its discretion under section 3253 of the Code of Civil Procedure, grant an extra allowance of five per cent to the plaintiff and any further sum not exceeding five per cent to the attorneys for the defendants ? 2. The trial court, having exercised its discretion and having granted five per cent extra allowance to a plaintiff and five per cent to each of four different sets of defendants appearing by separate attorneys, can such court, on motion, after the entry of judgment, at the instance of a defendant who has defaulted without showing excuse for his default, amend the judgment by striking out all extra allowances so granted ?

---

## FOURTH DEPARTMENT, JANUARY, 1911.

William D. Eichmeyer, as Administrator, etc., of Lena S. Eichmeyer, Deceased, Respondent, v. Alice E. Randall, Appellant, Impleaded with Mary A. Spencer. — Judgment and order affirmed, with costs. All concurred.

Bertha Malke, as Administratrix, etc., of Edward W. Malke, Deceased, Respondent, v. Pioneer Steamship Company and Hand & Johnson Tug Line, Appellants.— Judgment and orders affirmed, with costs. All concurred.

William H. Van Alstine, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence. All concurred, except McLennan, P. J., and Kruse, J., who dissented and voted for affirmance.

Weston Rouse, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hobert L. Romig, Appellant, v. Charles L. Sheldon, Individually and as Administrator, etc., of Charles L. Sheldon, Jr., Deceased, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

William Pelo and Sarah Pelo, Appellants, v. Frederick C. Stevens, as Superintendent of Public Works of the State of New York, and Others, Respondents. — Judgment affirmed, with costs. All concurred.

William Helms, Through Andrew Helms, His Guardian ad Litem, Respondent, v. Breroha Paper Box Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Thomas Gordon Malting Company, Appellant, v. Bartels Brewing Company. (Action No. 1.) — Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Thomas Gordon Malting Company, Appellant, v. Bartels Brewing Company,

Respondent. (Action No. 2.) — Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Robert J. Buck and Others, as Trustees in Bankruptcy of the Sewall Island Box Board Company, a Bankrupt, Respondents, v. The New Jersey Car Spring and Rubber Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented. ·

Clarence Bullock, Respondent, v. National Starch Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that no actionable negligence of the defendant was established, and that the verdict establishing freedom from contributory negligence and on the question of assumption of risk is contrary to and against the weight of evidence. All concurred.

Henry Kozane, Respondent, v. Sun Insurance Office, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the court committed reversible error in refusing to charge that if the jury believed that the plaintiff set fire to his property the verdict must be for the defendant.

Leon Tucholka, Respondent, v. Katarzina Hodkiewicz, as Executrix, etc., Appellant.— Motion to dismiss appeal denied, without costs. Order appealed from affirmed, with ten dollars costs and disbursements. All concurred.

· In the Matter of the Application of Roderick C. McLennan, Appellant, for an Order Requiring Bert W. Moyer, as Treasurer of the Committee Representing the Republican Party in the County of Onondaga, Respondent, to File an Amended, etc., Statement of the Receipts and Expenditures of Said Committee in Connection with the General Election Held in the State of New York on the 2d day of November, 1909, in Accordance with the Election Law, Chapter 17 of the Consolidated Laws of the State of New York.— Order and judgment affirmed, with costs, on opinion of Andrews, J., reported at 65 Miscellaneous Reports, 644. All concurred, except Williams, J., who dissented ; McLennan, P. J., not sitting.

In the Matter of the Probate of the Last Will and Testament of Harriette C. Armstrong, Deceased. Hortense P. Hartman, Appellant; Frederick W. Armstrong, Respondent,— Decree and order affirmed, with costs and disbursements. All concurred, except Robson, J., who dissented.

William Czibilisky, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Carollo Domenico, Respondent, v. The Delaware, Lackawanna and Western Railroad Company and the New York, Ontario and Western Railway Company, Appellants.— Judgment and orders affirmed, with costs. All concurred.

Mary E. Rich and Others, Respondents, v. Ella Miner, Appellant.— Judgment affirmed, with costs. All concurred.

Louis White, Respondent, v. The New York Central and Hudson River Rail-